# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

|  |  |
|---|---|
| **VALENE POWELL**<br>40 Upper Rock Circle<br>Apartment 307<br>Rockville, Maryland 20850<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMUNITY CLINIC, INC.**<br>**D/B/A CCI HEALTH & WELLNESS**<br>**SERVICES**<br>8630 Fenton Street<br>Suite 1204<br>Silver Spring, Maryland 20910<br><br>**Defendant.** | Civil Action No. _____ |

## NOTICE OF REMOVAL

Defendant Community Clinic, Inc., d/b/a CCI Health & Wellness Services ("CCI" or "Defendant"), by and through its counsel, files this Notice of Removal pursuant to 28 U.S.C. § 1331 and Local Rule 103(5) of the U.S. District Court for the District of Maryland and further states as follows.

1. On March 12, 2019 Plaintiff *Pro Se* Valene Powell ("Plaintiff" or "Powell") filed in the Circuit Court for Montgomery County, Maryland a civil action entitled <u>Valene Powell V. Wheaton WIC Center Maryland WIC CCI Health & Wellness Services</u>, Case No. 464-164-V, which incorrectly identifies Defendant's name, which should be Community Clinic, Inc., which does

{00009445/1 }

business as CCI Health & Wellness Services. CCI is the only named Defendant in the action.

2. CCI was served with the Complaint on April 2, 2019.

3. This action is removable to the United States District Court for the District of Maryland pursuant to 28 U.S.C. §1331, which states that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Plaintiff, in her Complaint, pleads claims under the Americans with Disabilities Act, as is shown by her selection of "ADA" in the Civil Non-Domestic Case Information Report, which she filed with the Circuit Court and on page 5 of her Complaint she writes "I do my assignment online with research about the ADA." The Americans with Disabilities Act is a federal statute and therefore comes within the original jurisdiction of this Court.

4. In accordance with 28 U.S.C. §1446(a) and Local Rule 103(5), all papers which have been served on Defendant have been filed with this Notice of Removal. Within thirty days hereafter Defendant shall file true and legible copies of all other documents then on file in the Circuit Court.  Written notice of this Notice of Removal has been given to all parties in this action, and a copy of this Notice will be filed promptly with the Civil Clerk of the Circuit Court for Montgomery County, Maryland.

        Respectfully,

        _____/s/_____
        Robert J. Baror, Esq.
        Bar No. 17763
        General Counsel
        Community Clinic, Inc.
        d/b/a CCI Health & Wellness Services
        8630 Fenton Street, Suite 1204
        Silver Spring, Maryland 20910

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Robert J. Baror, Esq., certify that on this second day of May, 2019, Plaintiff *pro se* Valene Powell was served with a copy of this Notice of Removal by First Class mail, which was sent to the address listed on her Complaint filed in Montgomery County Circuit Court:

Valene Powell
40 Upper Rock Circle
Apartment 307
Rockville, Maryland 20850

        _____/s/_____
        Robert J. Baror, Esq.